UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALAN MAUSKOPF, Individually and on behalf
of all others similarly situated,

                      Plaintiff,                **ORDER**

v.

                                              20-CV-09111-PMH

MESOBLAST LIMITED, et al.,

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On December 23, 2020, the Court consolidated this action into the action previously pending before this Court under Docket Number 20-CV-08430, entitled *Kristal v. Mesoblast Limited, et al.* ("*Kristal*"), for all purposes. (Doc. 7). On August 15, 2022, the consolidated class action was settled and Judgment was entered. (*Kristal* Doc. 90).

In light of the terms of the consolidation order and entry of Judgment, this action is no longer pending before the Court and should be terminated. Accordingly, the Clerk of Court is respectfully requested to close this case.

Dated: White Plains, New York
           March 19, 2024

                                                                        _____
                                                                       Philip M. Halpern
                                                                       United States District Judge